U.S. MAGISTRATE COURT
DS - SDTX
FILED
JUN -4 2007
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 8 2007
Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| David Reyes<br>*Defendant* | § | Case Number: 5:07-MJ-901-01 |

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for 6/11/07 @ 11:00 a.m., before United States Magistrate Judge DIANA SALDAÑA, at 1300 Victoria, Courtroom 2C, Laredo, Texas 78040.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
DIANA SALDAÑA
United States Magistrate Judge

Date of order: June 4, 2007

CHARGE:   Title 8, United States Code, Section(s) 1324.

/mi