AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**Southern** DISTRICT OF **Texas**

U.S. MAGISTRATE COURT
DS – SDTX
FILED
JUN 0 4 2007
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

*Daniel Reyes*

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING (Rule
5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-MJ-901

I, _Daniel Reyes_, charged in a (complaint)(petition) pending in this District with **transporting illegal aliens**

in violation of Title __8__, U.S.C., __1324(a)(1)(A)(1)__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination)(hearing), do hereby waive (give up) my right to a preliminary (examination)(hearing).

X _Daniel Reyes_
Defendant

_[signature]_
Counsel for Defendant

6/4/07
Date