IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2007

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

VS Laredo Division

David Reyes
Gloria Elena Reyes

DOCKET NO. 07-901-01
-02

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant(s) named above. Designation and detention as material witnesses under 18 U.S.C. Section 3144 is requested for:

| Ana Luz Gonzalez Valera | Mexico |
| Nely Yajaira Suarez San Cristobal | Mexico |

These material witnesses are citizens of _____ Mexico _____, and have admitted belonging a class of aliens who are deportable, and to being illegally within the United States. Should they released be released and returned to their native country, they will likely not be subject to be subpoenaed to the United States. Thus, it would be impracticable to secure their presence at such time as the case is called for trial so we request they be held as material witnesses.

Luis Farias
Agent, Department of Homeland Security

SWORN TO AND SUBSCRIBED BEFORE ME this   **4th**   day of   **June**   2007

UNITED STATES MAGISTRATE JUDGE

It is ORDERED this _____ day of _____ 2007, that each of the above material witnesses this day brought before me, be commited to the custody of the United States Marshal's Service on a $5,000.00 cash of surety bond, pending disposition of the above captioned case, at which time the United States Marshal's Service shall release each witness from custody upon notice and request from the United States Attorney's Office, Southern District of Texas, Laredo Division. Service of a United States Department of Justice Form OBD-3 ("Fact Witness Voucher") from the United States Attorney's Office in Laredo, Texas to the United States Marshal's Service office in Laredo, Texas regarding each material witness to be released shall satisfy such notice and request.

UNITED STATES MAGISTRATE JUDGE