# DIANA SALDAÑA,
United States Magistrate Judge, Presiding

U S MAGISTRATE COURT
DS – SDTX
FILED
JUN 0 4 2007   BM

| | | | |
|---|---|---|---|
| Deputy Clerk | Ben Mendoza | Open 9:00 AM | Michael N Milby, Clerk |
| Court Reporter | David Morales, ERO | | Laredo Division |
| Court Interpreter | Fred Kowalski (used) | Adjourn 11:45 AM | |
| U.S. Pretrial | Nancy Lopez | | |
| U.S. Marshal | David Steinberg | | DATE **June 4, 2007** |

Docket No. 5:07-MJ-901
**Material Witness Docket No. 5:07-MJ-901**

| | | |
|---|---|---|
| United States of America | § | Andy Guardiola, AUSA |
| vs | § | |
| David Reyes, et al, Defendant | § | Baldemar Garcia, CJA, not present, Dft's Atty |

## Courtroom Minutes
### Initial Appearance of Material Witness

✔    Initial appearance of **Material Witness, Ana Luz Gonzalez Valera.**

       MW's **True Name** is.  Further proceedings to be in witness' true name.

✔   kia    Material Witness' first appearance.  Material Witness advised of rights.

✔    Material Witness advised that no charges are pending and that Material Witness is detained as a witness in case number **5:07-MJ-901** pending against **David Reyes, et al**.

✔   kfinaff    FINANCIAL AFFIDAVIT, executed.

✔    Material Witness requests appointed counsel.

✓   k20appt    Private Attorney, appointed.  Next on list: Baldemar Garcia

✔   ko(bnd)    Bond set at $5,000.00 cash or surety.

       Material Witness advised Court of **medical condition**(s) or need(s):

✔   kloc    Material Witness **remanded** to the custody of U.S. Marshals.

/bm