U.S. MAGISTRATE COURT
DS - SDTX
FILED
JUN 21 2007
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JUN 2 6 2007
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | MAG. NO. L-07-0901M-01 |
| | § | |
| DAVID REYES | | |

## ORDER

Upon consideration of Government's Motion to Dismiss Complaint it is hereby ORDERED that the Complaint in the above-styled and numbered cause as to Defendant **DAVID REYES** be DISMISSED without prejudice in the interest of justice.

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this 21st of June, 2007.

UNITED STATES MAGISTRATE JUDGE